UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>17-1996</u>

UNITED STATES OF AMERICA

v.

JULIUS GREER
a/k/a "POONY"

Julius Greer,
          Appellant

(E.D. Pa. No. 2-10-cr-00711-001)

Present:  MCKEE, AMBRO and RESTREPO, <u>Circuit Judges</u>

1. Unopposed Motion by Appellant for Extension of Time to File Motion to Recall Mandate and Petition for Rehearing until November 15, 2019;

2. Motion by Appellant Julius Greer to Recall the Mandate.

          Respectfully,
          Clerk/tm

_____ORDER_____

Upon consideration of the Appellant's Motions for extension of time, recall of the Mandate and for panel or en banc rehearing it is hereby ordered that the order entered on May 16, 2018 affirming the District Court's denial of relief is vacated and panel rehearing is granted so that the panel can consider Greer's appeal in view of the court's holding in *United States v. Reese*, 917 F.3d 177 (3d Cir. 2019).  The case will be listed at the convenience of the court. As the merits panel has granted panel rehearing, no further action will be taken by the en banc court.

          By the Court,

          <u>s/Theodore A. McKee</u>
          Circuit Judge

Dated: December 2, 2019
Tmm/cc: Thomas M. Zaleski, Esq.
Robert Epstein, Esq.



A True Copy:
Patricia S. Dodszuweit, Clerk